```
                                    ✓ FILED        ___ RECEIVED
                                    ___ ENTERED    ___ SERVED ON
                                                   COUNSEL/PARTIES OF RECORD

                                           JUN 1 5 2011

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY:
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:10-CR-108-LRH (RAM) |
| AGUSTIN GOMEZ, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE

On March 4, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253(a)(2) and (a)(3), based upon the plea of guilty by defendant AGUSTIN GOMEZ to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant AGUSTIN GOMEZ pled guilty. Docket #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 17, 2011 through April 15, 2011, further notifying all known third parties of their right to petition the Court. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 2253(a)(2) and (a)(3); and Title 21, United States
7  Code, Section 853(n)(7) and shall be disposed of according to law:
8      a.    Verizon Cellular Droid telephone;
9      b.    Play Station 3 Video Game console, Serial No. CG183593559-CECH-2001A;
10     c.    Sony Vaio Laptop Computer, Serial No. 3120598;
11     d.    Hitachi LCD Monitor;
12     e.    Simpletech ITB External Hard drive, Serial No. 08135421000600030;
13     f.    Misc. CDs, Data Disks and DVDs; and
14     g.    any book, magazine, periodical, film, videotape, or other matter which
15 contains any such visual depiction, which was produced, transported, mailed,
16 shipped, or received; computer images, including movie and sill image files,
17 depicting a minor engaging in sexually explicit conduct and the diskettes and
18 hard drives on which they are maintained.
19 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
20 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
21 as any income derived as a result of the United States of America's management of any property
22 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
23 according to law.
24 . . .
25 . . .
26 . . .

1  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2  certified copies to the United States Attorney's Office.

3  DATED this 15th day of June, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE